UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELLEY GRACE

VERSUS

LOUISIANA HOUSING
FINANCE AGENCY

CIVIL ACTION

NO. 11-752-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection[2] was filed:

The Court finds that the Motion to Dismiss[3] and Supplemental Motion to Dismiss[4] filed by the defendant are granted, and the claims of plaintiff Kelley Grace are dismissed with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 12, 2012.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 18.

[2] Rec. Doc. No. 19.

[3] Rec. Doc. No. 8.

[4] Rec. Doc. No. 17.

Doc#47792